MEIR v. WALTON
  No. 530.
  Case below: 2 N.C. App. 578.
  Petition for writ of certiorari to North Carolina Court of Appeals denied 26 November 1968.

NEWMAN MACHINE COMPANY v. NEWMAN
  No. 691
  Case below: 2 N.C. App. 491.
  Petition for writ of certiorari to North Carolina Court of Appeals allowed 26 November 1968.

PARKER v. ALLEN
  No. 689.
  Case below: 2 N.C. App. 436.
  Petition for writ of certiorari to North Carolina Court of Appeals denied 20 November 1968.

STATE v. LOVEDAHL
  No. 497.
  Case below: 2 N.C. App. 513.
  Petition for writ of certiorari to North Carolina Court of Appeals denied 20 November 1968.

STATE v. PARRISH
  No. 823.
  Case below: 2 N.C. App. 587.
  Petition for writ of certiorari to North Carolina Court of Appeals allowed 20 November 1968.

STATE v. WHITT
  No. 743.
  Case below: 2 N.C. App. 601.
  Purported appeal from decision of North Carolina Court of Appeals dismissed 26 November 1968.

YORK v. NEWMAN
  No. 692.
  Case below: 2 N.C. App. 484.
  Petition for writ of certiorari to North Carolina Court of Appeals denied 26 November 1968.